```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 11924
    BENITA R LOFTON DAVIS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-2351


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 07/03/2007 and was not confirmed.

     The case was dismissed without confirmation 09/20/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
AMC MORTGAGE               NOTICE ONLY   NOT FILED            .00            .00
AMC MORTGAGE               NOTICE ONLY   NOT FILED            .00            .00
AMERIQUEST MORTGAGE        NOTICE ONLY   NOT FILED            .00            .00
AMERIQUEST MORTGAGE        NOTICE ONLY   NOT FILED            .00            .00
AT & T BANKRUPCTY          UNSECURED     NOT FILED            .00            .00
CAPITAL ONE                UNSECURED         740.39           .00            .00
CAPITAL ONE                UNSECURED         883.88           .00            .00
CARDIOVASCULAR CONSULTAN   UNSECURED     NOT FILED            .00            .00
CHRYSLER CREDIT            NOTICE ONLY   NOT FILED            .00            .00
CITY OF CHICAGO EMS        UNSECURED     NOT FILED            .00            .00
COMMONWEALTH EDISON        UNSECURED         216.80           .00            .00
CONSULTANTS IN CLINICAL    UNSECURED     NOT FILED            .00            .00
COOK COUNTY TREASURER      UNSECURED     NOT FILED            .00            .00
COOK COUNTY TREASURER      SECURED          600.00            .00            .00
CREDITORS DISCOUNT & AUD   UNSECURED     NOT FILED            .00            .00
GMAC MORTGAGE              NOTICE ONLY   NOT FILED            .00            .00
HARRIS BANK                SECURED NOT I     .00              .00            .00
HARRIS NA                  NOTICE ONLY   NOT FILED            .00            .00
HARVARD COLLECTION SERVI   NOTICE ONLY   NOT FILED            .00            .00
HOLY CROSS HOSPITAL        UNSECURED     NOT FILED            .00            .00
HOMEQ SERVICING CORP       NOTICE ONLY   NOT FILED            .00            .00
HSBC NV                    UNSECURED     NOT FILED            .00            .00
JACKSON PARK HOSPITAL      UNSECURED     NOT FILED            .00            .00
JACKSON PARK HOSPITAL      UNSECURED     NOT FILED            .00            .00
LITTLE CO MARY HOSPITAL    UNSECURED     NOT FILED            .00            .00
MCI                        UNSECURED     NOT FILED            .00            .00
MCI                        UNSECURED     NOT FILED            .00            .00
MONEY CONTROL              NOTICE ONLY   NOT FILED            .00            .00
NATIONWIDE CREDIT CO       UNSECURED     NOT FILED            .00            .00
RADIOLOGIC ASSOC OF NW I   UNSECURED     NOT FILED            .00            .00
RADIOLOGIC ASSOC OF NW I   UNSECURED     NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        4146.53           .00            .00
PEOPLES GAS LIGHT & COKE   NOTICE ONLY   NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   NOTICE ONLY   NOT FILED            .00            .00
RADIOLOGY IMAGING SPECIA   UNSECURED     NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11924 BENITA R LOFTON DAVIS
```

```
REAL TIME RESOLUTION      CURRENT MORTG       .00              .00             .00
SEAWEST ACCEPTANCE        NOTICE ONLY    NOT FILED             .00             .00
FRIEDELL CLINIC SC        UNSECURED      NOT FILED             .00             .00
FRIEDELL CLINIC SC        UNSECURED      NOT FILED             .00             .00
UNITED COLLECTION BUREAU  UNSECURED         187.00             .00             .00
UNION AUTO SALES          NOTICE ONLY    NOT FILED             .00             .00
VERIZON WIRELESS/GREAT    NOTICE ONLY    NOT FILED             .00             .00
VERIZON WIRELESS/GREAT    NOTICE ONLY    NOT FILED             .00             .00
HOMEQ SERVICING CORP      CURRENT MORTG       .00              .00             .00
HOMEQ SERVICING CORP      MORTGAGE ARRE  28224.28              .00             .00
HARRIS BANK               UNSECURED      NOT FILED             .00             .00
REAL TIME RESOLUTIONS IN  UNSECURED      NOT FILED             .00             .00
REAL TIME RESOLUTION      SECURED NOT I   4549.76              .00             .00
ROUNDUP FUNDING LLC       UNSECURED       1916.62              .00             .00
ROUNDUP FUNDING LLC       UNSECURED        338.38              .00             .00
DEBRA J VORHIES LEVINE    DEBTOR ATTY         .00                              .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------      ---------------
TOTALS                        .00                     .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 12/27/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 07 B 11924 BENITA R LOFTON DAVIS